# MEMORANDUM DECISIONS.

ALASKA GOLD & SILVER MIN. CO. v. BRADY. (Circuit Court of Appeals, Ninth Circuit. January 3, 1898.) No. 272. In Error to the District Court of the United States for the District of Alaska. Lorenzo S. B. Sawyer, for plaintiff in error. R. C. Harrison, for defendant in error. Dismissed.

ALLISON v. UNITED STATES. (Circuit Court of Appeals, Third Circuit.) In Error to the District Court of the United States for the Western District of Pennsylvania. Before ACHESON and DALLAS, Circuit Judges, and KIRKPATRICK, District Judge.

PER CURIAM. This case does not differ from that of Culp v. U. S., 82 Fed. 990, and for the reasons set forth in the opinion in that case the judgment herein is affirmed.

BOSWORTH et al. v. MELLOR et al. (Circuit Court of Appeals, Seventh Circuit. October 28, 1897.) No. 417. Appeal from the Circuit Court of the United States for the Southern District of Illinois. Bluford Wilson and P. B. Warren, for C. H. Bosworth and others. James H. Connolly, T. C. Mather, and John H. Overall, for Jesse B. Mellor and Clara C. Mellor. Dismissed on motion of appellants.

CARPENTER et al. v. EBERHARD MFG. CO. (Circuit Court of Appeals, Sixth Circuit. December 13, 1897.) No. 518. Appeal from the Circuit Court of the United States for the Eastern Division of the Northern District of Ohio. Poole & Brown, for appellants. Bakewell & Bakewell and Webster, Angell & Cook, for appellee. No opinion. Affirmed.

CENTRAL TRUST CO. OF NEW YORK v. FARMERS' LOAN & TRUST CO. (Circuit Court of Appeals, Sixth Circuit. November 11, 1897.) No. 515. Appeal from the Circuit Court of the United States for the Western District of Tennessee. Butler, Notman, Joline & Myndersee, Wallack & Cook, and Turley & Wright, for appellant. Turner, McClure & Ralston and Estes & Fentress, for appellee. No opinion. Affirmed, on appellant's motion, with certain directions as to the method to be pursued by the circuit court in exercising the right to redeem the mortgage being foreclosed.